Matter of Bouck v New York State Dept. of Motor Vehs. (2026 NY Slip Op 00819)

Matter of Bouck v New York State Dept. of Motor Vehs.

2026 NY Slip Op 00819

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

PRESENT: WHALEN, P.J., SMITH, GREENWOOD, DELCONTE, AND HANNAH, JJ. (Filed Feb. 11, 2026.) 

MOTION NO. (889/25) CA 24-01660.

[*1]IN THE MATTER OF JOSHUA BOUCK, PETITIONER-RESPONDENT, 
vNEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.